UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT GREEN, et al.,

    Plaintiffs,

v.  Case No. 15-10434

LIBERTY INSURANCE CORPORATION,

    Defendant.
                                                 /

## JUDGMENT

In accordance with the court's "Opinion and Order Granting Defendant's Motion for Summary Judgment" (Dkt. # 33) dated November 16, 2016, and its "Stipulated Order to Dismiss All Claims of Verge Green" dated December 1, 2016,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Liberty Mutual Corporation and against Plaintiffs Robert, Verge, and Desmond Green. Dated at Port Huron, Michigan, this 1st day of December, 2016.

                                            DAVID J. WEAVER
                                            CLERK OF THE COURT


                                            BY:  S/Lisa Wagner
                                            Lisa Wagner, Deputy Clerk
                                            and Case Manager to
                                            Judge Robert H. Cleland